| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

United States of America, §
§
Plaintiff, §
§
versus § Criminal Action H-22-249
§
Andrew Jay Hill, §
§
Defendant. §

## Order on Motion to Dismiss

For the reasons set forth in the Court's memorandum opinion, Defendant Andrew Jay Hill's motion to dismiss his indictment fails. (27)

Signed on November 17, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge